No. 11-5338. Kiki Washington, Petitioner v. Dwight Neven, Warden, et al.

565 U.S. 902, 132 S. Ct. 299, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5711.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5340. Oussama Sahibi, Petitioner v. Derral G. Adams, Warden.

565 U.S. 902, 132 S. Ct. 299, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5600.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5341. Juan Francisco Elizondo-Ramos, aka Juan Elizondo, aka Francisco Elizondo, aka Juan Francisco Elizondo, aka Angel Elizondo, aka Juan F. Elizondo, Petitioner v. United States.

565 U.S. 902, 132 S. Ct. 299, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5601.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 379.

No. 11-5344. Inetha M. Carr, Petitioner v. H.O.P.E. Community Service, Inc.

565 U.S. 902, 132 S. Ct. 299, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5548,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 430 Fed. Appx. 228.

No. 11-5345. Darren Cephas, Petitioner v. United States.

565 U.S. 902, 132 S. Ct. 299, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5734.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 410 Fed. Appx. 528.

No. 11-5346. Benjamin F. Shipley, Jr., Petitioner v. Woolrich, Inc., et al.

565 U.S. 902, 132 S. Ct. 300, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5569.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 428 Fed. Appx. 4.

No. 11-5347. Wildor Washington, Sr., Petitioner v. United States.

565 U.S. 902, 132 S. Ct. 300, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5459.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 634 F.3d 1180.

No. 11-5348. Eric Watkins, Petitioner v. Anthony Haynes, Warden.

565 U.S. 902, 132 S. Ct. 300, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5572.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.